FILED
CLERK, U.S. DISTRICT COURT
MAR 2 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALi Mahmoudi<br><br>　　　　Defendant. | CR02-616 DSF<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　( )　the appearance of defendant as required; and/or
　　(B)　(✓)　the safety of any person or the community.

//
//

1    The court concludes:
2  A.  (✓)  Defendant poses a risk to the safety of other persons or the community
3          because defendant has not demonstrated by clear and convincing
4          evidence that:
5          _he can abide by court order_
6          _____
7          _____
8          _____
9
10 (B)  ( )  Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12          _nature of charges_
13          _____
14          _____
15          _____
16
17    IT IS ORDERED that defendant be detained.
18
19 DATED: 3/24/10
20
21
22
23                          _____
                                 STEPHEN J. HILLMAN
24                          UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2